UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| EVERT MASON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　Defendant. | Case No.: 6:18-cv-06063-SOH<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Evert Mason ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant") have reached a settlement in the above-captioned matter. Plaintiff intends to file a Stipulation of Disimssal within sixty (60) days once the Settlement Agreement has been finalized. Pending Joint Stipulation of Dismissal, Plaintiff respectfully requests this honorable Court to vacate all deadlines.

　　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

Dated: October 10, 2019　　　　　　　　By:*/s/ Adam T. Hill*　　　　　
　　　　　　　　　　　　　　　　　　　　　Adam T. Hill
　　　　　　　　　　　　　　　　　　　　　The Law Office of Jeffrey Lohman, P.C.
　　　　　　　　　　　　　　　　　　　　　4740 Green River Rd., Suite 310
　　　　　　　　　　　　　　　　　　　　　Corona, CA 92880
　　　　　　　　　　　　　　　　　　　　　Tel. (657) 236-3525
　　　　　　　　　　　　　　　　　　　　　E: AdamH@jlohman.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, EVERT MASON

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2019, a true and correct copy of the foregoing NOTICE OF SETTLEMENT using the CM/ECF system, which will provide notification to the following:

Megan P. Stephens
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Megan.stephens@burr.com
Tel: (205) 251-3000
Fax: (205) 714-6893

By:/s/ *Adam T. Hill*
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 236-3525
E: AdamH@jlohman.com
Attorney for Plaintiff, EVERT MASON
