## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| EVERT MASON,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.*,*<br><br>        Defendants. | Case No: 6:18-cv-06063-SOH<br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Evert Mason ("Plaintiff"), and Defendant Capital One Bank (USA), N.A., ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Ryan S. Rummage (with permission)*<br>Ryan S. Rummage (AL Bar RUM007)<br>BURR & FORMAN LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, Alabama 35203<br>Telephone: (205) 251-3000<br>Facsimile: (205) 458-5100<br>Email: rrummage@burr.com<br>*COUNSEL FOR DEFENDANT* | */s/ Adam T. Hill*<br>Adam T. Hill<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>Tel. (657) 236-3525<br>E: AdamH@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of December 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Ryan S. Rummage (AL Bar RUM007)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: rrummage@burr.com
*COUNSEL FOR DEFENDANT*

    */s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel. (657) 236-3525
E: AdamH@jlohman.com
*COUNSEL FOR PLAINTIFF*